Paul Caleo, CASB# 153925
David S. Wilgus, CASB# 219181
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:       pcaleo@burnhambrown.com
             dwilgus@burnhambrown.com

Attorneys for Defendant
TRANSLINK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGGE CRANE AND RIGGING CO. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANSLINK, INC., a purported corporation; and DOES 1-25, inclusive,<br><br>Defendants. | No. C 10-03530 LB<br>[Alameda County Superior Court Case No. RG 10 510017]<br><br>**STIPULATION BETWEEN PLAINTIFF BIGGE CRANE AND RIGGING CO. AND DEFENDANT TRANSLINK, INC. AND [PROPOSED] ORDER THAT TRANSLINK TEXAS DOES NOT HAVE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Complaint Filed:  April 16, 2010** |

This stipulation is entered into between Plaintiff BIGGE CRANE AND RIGGING CO., INC., a California corporation, and TRANSLINK, INC., a corporation incorporated in Texas and existing under Texas law ("TRANSLINK TEXAS ") with respect to this action initially filed in Alameda County Superior Court (Case No. RG-10-510017), which was removed to the United States District Court, Northern District of California, Oakland Division, on August 11, 2010 (hereinafter, the "Action").

BIGGE CRANE AND RIGGING CO., INC.'s complaint alleges several causes of action stemming from the alleged breach of two leases for cranes and equipment. BIGGE CRANE AND RIGGING CO., INC. on or about July 12, 2010, served its complaint in connection with the Action on an individual at 16800 Greenspoint Park Drive, Suite 150 N,

Houston, TX 77060, which was an address listed on the website for "Translink, Inc."

TRANSLINK TEXAS asserts that it was not in existence at the time that the leases were executed and that it was not the company that executed them. It appears that another company, with the identical name, "Translink, Inc.", but incorporated in a state other than Texas, is the actual defendant in the Action.

Whereas TRANSLINK TEXAS was intending to file a motion to quash and a motion to dismiss, BIGGE CRANE AND RIGGING CO., INC. and TRANSLINK TEXAS stipulate that TRANSLINK TEXAS will not have to answer or otherwise respond to the Complaint or participate in this litigation in any way at this time.

The parties agree that TRANSLINK TEXAS does not waive any of its rights or defenses available to it in this case, including but not limited to those defenses enumerated in Federal Rules of Civil Procedure, Rule 12(b). The parties agree that neither this stipulation nor the Order entered pursuant to it can be used to oppose any subsequent motion by TRANSLINK TEXAS to quash and/or dismiss if TRANSLINK TEXAS is required to participate further in these proceedings, or otherwise to argue that TRANSLINK TEXAS has assented to the jurisdiction of this Court, or any court in California. The parties further stipulate that by filing this stipulation, or by obtaining any Order from the Court with respect to this stipulation, that TRANSLINK TEXAS does not assent to jurisdiction in California for this case, or any other case.

The parties agree to this stipulation so that TRANSLINK TEXAS does not have to file at this time a motion to quash service, or in the alternative to dismiss for lack of personal jurisdiction, and to enable BIGGE CRANE AND RIGGING CO., INC. to serve and prosecute the Action against the Translink, Inc. entity that entered into the contracts upon which the Complaint in the Action is based, without having to file a new pleading or proceeding.

Nothing herein waives BIGGE CRANE AND RIGGING CO., INC.'s substantive rights and/or its remedies against TRANSLINK TEXAS if and to the extent TRANSLINK TEXAS is liable or otherwise responsible for the debts, damages, losses or obligations sued upon in the Action, for example, as a result of an assignment, merger, contractual agreement such an

assumption of debts or indemnity/hold harmless, alter ego, or any similar basis or theory. It is agreed between the parties that such facts or theories are not currently alleged in the Action, that TRANSLINK TEXAS is not currently named as a party in the Action, and that TRANSLINK TEXAS denies it has any liability or responsibility for such damages, losses or obligations asserted in the Action. Nothing herein waives any claims or remedies against the Translink, Inc., not a Texas corporation, that is the defendant named in the Action.

Provided that TRANSLINK TEXAS is not required to participate further in these proceedings, BIGGE CRANE AND RIGGING CO., INC. and TRANSLINK TEXAS each waives its right to recover from each other costs and attorney's fees incurred through the date that an order based on this stipulation is entered. Nothing in this Stipulation or Order shall be deemed to waive the right to trial by jury or to have this matter tried by a judge of the United States District Court.

Dated: August 15, 2010.                                 LEONIDOU & ROSIN Professional Corporation

By: _____
A. Robert Rosin
Attorneys for Plaintiff
BIGGE CRANE AND RIGGING CO.

Dated: August 16, 2010.                                 BURNHAM BROWN

By: _____
David S. Wilgus
Attorneys for Defendant
TRANSLINK, INC.

IT IS SO ORDERED.

Dated: ~~August ___, 2010~~
September 15, 2010

1024627


United States Magistrate Judge
Judge Laurel Beeler

---

3
STIPULATION BETWEEN PARTIES THAT TRANSLINK, INC. (TEXAS)          No. C 10-03530 LB
DOES NOT HAVE TO RESPOND TO PLAINTIFF'S COMPLAINT