UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BIGGE CRANE AND RIGGING CO., | No. C 10-03530 LB |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TRANSLINK, INC., | |
| Defendant(s). | |

This matter is set for an initial case management conference on December 16, 2010. *See* ECF No. 17. On November 24, 2010, Plaintiff filed a case management conference statement indicating that it is preparing a request for entry of default and motion for default judgment, which it intends to file within the next 30 to 45 days. *See* ECF No. 19 at 3. Accordingly, the Court **CONTINUES** the initial case management conference to February 3, 2011, at 1:30 p.m. in Courtroom 4.

**IT IS SO ORDERED.**

Dated: November 30, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03530 LB (Order Continuing CMC)