UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

BIGGE CRANE AND RIGGING CO.,    No. C 10-03530 LB

          Plaintiff(s),    **AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    v.

TRANSLINK, INC.,

          Defendant(s).
_____/

This matter is set for an initial case management conference on December 16, 2010. *See* ECF No. 17. On November 24, 2010, Plaintiff filed a case management conference statement indicating that it is preparing a request for entry of default and motion for default judgment, which it intends to file within the next 30 to 45 days. *See* ECF No. 19 at 3. Accordingly, the Court **CONTINUES** the initial case management conference to February 17, 2011, at 1:30 p.m. in Courtroom 4.

**IT IS SO ORDERED.**

Dated: November 30, 2010

                                        _____
                                        LAUREL BEELER
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California