LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN: 115245)
777 Cuesta Drive, Suite 200
Mountain View, CA  94040
Telephone: (650) 691-2888

Attorneys for Plaintiff
BIGGE CRANE AND RIGGING CO.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BIGGE CRANE AND RIGGING CO., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSLINK, INC., a purported corporation; and DOES 1-25, inclusive,<br><br>Defendant. | Case No.: C10-03530 LB<br><br>ORDER GRANTING BIGGE CRANE AND RIGGING CO.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:  March 10, 2011<br>Time:  **10:30 a.m.**<br>Courtroom: 4 |

Plaintiff Bigge Crane and Rigging Co.'s request to appear telephonically through its counsel of record, A. Robert Rosin of Leonidou & Rosin Professional Corporation, at the Case Management Conference scheduled for March 10, 2011 at 10:30 a.m. in Courtroom 4 of the above-entitled Court is hereby granted.  The Court will call Mr. Rosin at that date and time at (650) 691-2888 to initiate the conference call.

Dated: __March 7, 2011__

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER

1