UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BIGGE CRANE AND RIGGING CO., | No. C 10-03530 LB |
| Plaintiff, | **ORDER VACATING MOTION HEARING AND DIRECTING SUPPLEMENTAL BRIEFING** |
| v. | |
| TRANSLINK, INC., | [ECF No. 36] |
| Defendant. | |

Pursuant to its discretion under Local Rule 7-1(b), the court determines that this matter is appropriate for resolution without oral argument because the record is sufficient to reach a decision (subject to the small issue described below). The court, therefore, **VACATES** the motion hearing set for May 26, 2011.

When entry of judgment is sought against a party who has failed to plead or otherwise defend, a court has an affirmative duty to look into its jurisdiction over the parties. *In re Tulli*, 172 F.3d 707, 712 (9th Cir. 1999). The complaint alleges only that Bigge Crane is a California corporation and that the contracts at issue called for the payments to be made to its office in San Leandro, CA. Complaint, ECF No. 1 at 1 and 6, ¶¶ 1, 8, and 11.[1] Before the court resolves the personal jurisdiction issue, Bigge Crane is invited to provide a short supplemental brief and supporting

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

ORDER VACATING MOTION HEARING AND DIRECTING SUPPLEMENTAL BRIEFING
C 10-03530 LB

1  declarations addressing this issue and asserting facts to establish that the court has personal
2  jurisdiction over Translink, Inc.. *See Tulli*, 172 F.3d at 712-13; *see also Yahoo! Inc. v. La Ligue*
3  *Contre Le Racisme Et L'Antisemitisme*, 433 F.3d 1199, 1205 (9th Cir. 2006) (describing test for
4  specific personal jurisdiction).  The supplemental brief is due no later than June 9, 2011.

**IT IS SO ORDERED.**

Dated: May 25, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER VACATING MOTION HEARING AND DIRECTING SUPPLEMENTAL BRIEFING
C 10-03530 LB

2